**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br> vs.<br><br>ISRAEL KEYES,<br><br>    Defendant. | 3:12-cr-041-TMB-JDR<br><br>**EX PARTE**<br>**ORDER OF REFERRAL**<br>**REGARDING CJA MATTERS** |

    Because of the expected length of the proceedings in this federal capital prosecution, and the anticipated hardships on appointed counsel and persons providing services pursuant to 18 U.S.C. § 3006A, it is hereby ordered that the administrative tasks related to the financial aspects of this case are referred to the Honorable John D. Roberts, United States Magistrate Judge. Magistrate Judge Roberts, by this order, shall have the authority to review and approve claims for compensation and reasonable expenses related to the costs of representing the

defendant in this action. In the event counsel or persons providing expert or other services contest the approval or disapproval of an expense, counsel may seek review of the Magistrate Judge's decision by filing an objection with the court within 10 days from the magistrate judge's decision of the claim. Counsel and all persons providing expert or other services will be expected to comply with the provisions of the "Memorandum to All Persons Providing Services Pursuant to Subsection (e) of the Criminal Justice Act," and the "Memorandum to All Counsel Appointed Under the Criminal Justice Act," to be issued under separate cover by the Court.

DATED this 15th day of May, 2012, at Anchorage, Alaska.

*/s/ Timothy Burgess*
TIMOTHY BURGESS
United States District Judge