# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br>    vs.<br><br>ISRAEL KEYES,<br><br>              Defendant. | 3:12-cr-041-TMB-JDR<br><br>**UNDER SEAL**<br><br>**EX PARTE**<br>**ORDER TO BUDGET** |

       This Court notes the likelihood exists that the costs in this case will become extraordinary. The Guide to Judiciary Policy (Guide), Vol. 7, Ch. 6, § 640 provides:

       Case Budgeting in Federal Capital Habeas Corpus Proceedings and Federal Death Penalty Cases. Courts are encouraged to require appointed counsel to submit a proposed initial litigation budget for court approval that will be subject to modification in light of facts and developments that emerge as the case proceeds.

       (b) Case budgets should be submitted ex parte and filed and maintained under seal.

Counsel appointed under the Criminal Justice Act ("CJA") for the defendant shall consult with Nancy Rutledge, Esq., Criminal Justice Act Case Budgeting Attorney in the Ninth Circuit Executive's Office. Ms. Rutledge can be contacted at [CJABudgeting@ce9.uscourts.gov](mailto:CJABudgeting@ce9.uscourts.gov) or (415) 355-8982.

This case will be budgeted in two stages. Stage 1 includes services and expenses incurred pre-trial. **The first budget period for Stage 1 will run from the beginning of the case through January 31, 2013.** Amendments and additional budgets may be required until trial including preliminary estimate(s) of the costs of all services including counsel, expert and investigative services likely to be needed before the DOJ decides whether it will seek the death penalty. Stage 2 includes services and expenses incurred during trial including guilt/innocence and sentencing.

It is expected that most experts and service providers will be provided by the Federal Public Defender ("FPD"). Attorney time will not be budgeted, but travel time, services providers, and experts not provided by the FPD will be requested in the budget. No later than **June 10, 2012**, CJA counsel are required to file with the Court ex parte and maintained under seal (1) a copy of B#1 Excel Budget Program, and (2) a concise justification in support of the budget for the period from the beginning of representation through January 31, 2013. Concurrently, counsel shall email to Ms. Rutledge the electronic copy of the B#1

Excel Budget Program, along with the justification. Ms. Rutledge will evaluate the requests and make recommendations to the Court. The Court will rule on each request and may hold an ex parte hearing on the budget if necessary.

IT IS SO ORDERED, CJA counsel will prepare and file under seal with the Court a budget supported by a justification and concurrently email the budget and declarations to CJABudgeting@ce9.uscourts.gov.

DATED this 16th day of May, 2012, at Anchorage, Alaska.

*/s/ John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge